# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 4:24-CR-00085-DGK |
| PRESTON M. OVERTON, | ) ) ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION DENYING DEFENDANT'S MOTION TO SUPPRESS

Now before the Court is Defendant's Motion to Suppress (ECF No. 27) and United States Magistrate Judge Lajuana Counts' Report and Recommendation that the motion be denied (ECF No. 43).

After reviewing Judge Counts' Report and Recommendation (ECF No. 43) and conducting an independent review of applicable law and the record, including the opposition to motion to suppress (ECF No. 30), the objection to the Report and Recommendation (ECF No. 45), and the transcript from the hearing held on November 13, 2024 (ECF No. 38), the Court ADOPTS the Report and Recommendation (ECF No. 43) and DENIES Defendant's motion (ECF No. 27).

Defendant makes several objections to the Magistrate's Report and Recommendation. But none of the objections overcome the well-supported and well-reasoned report that recommends denial of the suppression motion.

**IT IS SO ORDERED.**

Date: July 18, 2025   /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT